IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELO IRIZARRY, JR. and | : | |
| KATHRINE A. KLEIN | : | BANKR. NO. 23-11781 (MDC) |
| | : | |
| Debtors. | : | |

**UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE**

The United States trustee for Region 3 (the "U. S. trustee"), in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), through his undersigned counsel, hereby moves pursuant to 11 U.S.C. Section 350(b) and Fed.R.Bankr.P. 5010 to reopen this case for the purpose of appointing a trustee to administer assets for the benefit of creditors. In support of his motion, the U. S. trustee represents as follows:

1. Angelo Irizarry, Jr. and Katherine A. Klein ("Debtors") commenced this case on June 19, 2023 (the "Petition Date"), by filing a voluntary petition under chapter 7 of the U. S. Bankruptcy Code.

2. On June 20, 2023, Robert H. Holber, Esquire, was appointed the chapter 7 trustee (the "Trustee").

3. On September 21, 2023, the Trustee filed the Report of No Distribution, and on November 1, 2023, the Court approved the Report, discharged the Trustee, and closed the case.

4. The U. S. trustee was recently informed that an apparently unscheduled and therefor unadministered asset may have been discovered which if administered, could result in a meaningful distribution to creditors.

5. Upon information, Katherine A. Klein had a personal injury claim (the "PI Claim") prior to filing the bankruptcy case.

6. Upon information, the PI Claim may have been settled for a substantial sum.

7. The Texas property was not disclosed in the Debtors' chapter 7 Schedules and Statement of Financial Affairs.

8. The U. S. trustee requests that this case be reopened to allow him to appoint a trustee to determine whether there exists an unadministered asset of the bankruptcy estate and whether it should be administered for the benefit of the Debtor's creditors.

For the reasons set forth above, among others, the U. S. trustee respectfully requests that the Court conduct a hearing on this matter and enter an order reopening this case and directing the U. S. trustee to appoint a trustee to investigate and administer any possible additional assets.

DATED: March 27, 2024

ANDREW R. VARA
United States trustee,
For Regions 3 and 9

By: /s/ Kevin P. Callahan
Kevin P. Callahan, Trial Attorney
Office of the U.S. Trustee
Robert N.C. Nix Sr Federal Building
900 Market Street, Room 320
Philadelphia, PA 19107
(215) 597-4411
(215) 597-5795 (fax)