IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELO IRIZARRY, JR. and | : | |
| KATHERINE A. KLEIN | : | BANKR. NO. 23-11781 (MDC) |
| | : | |
| Debtors. | : | |

**ORDER REOPENING CASE**

AND NOW, this _____ day of April, 2024, upon consideration of the U. S. trustee's Motion to Reopen Case, and any timely filed responses thereto, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED and THIS CASE IS HEREBY REOPENED, and the U. S. trustee shall appoint a trustee forthwith.

_____

United States Bankruptcy Judge