*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angelo Irizarry, Jr. and
Katherine A Klein
        Debtor(s)

Case No: 23–11781–amc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Reopen Chapter 7 Case and direct appointment of trustee. Fee Amount $260.00 Filed by United States Trustee Represented by KEVIN P. CALLAHAN

on: 4/17/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/29/24

Timothy B. McGrath
Clerk of Court

26 – 23
Form 167