UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Angelo Irizarry, Jr. and Katherine A. Klein | : | BANKRUPTCY NO.: 23-11781 |
| | : | |

### RESPONSE TO THE MOTION TO REOPEN

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied. The personal injury claim was filed for the benefit of Katherine A. Klein's father who deceased prior to the filing of the instant Chapter 7 Bankruptcy matter.
6. Admitted.
7. Denied. This case does not involve any "Texas property."
8. Admitted.

WHEREFORE, based on the aforementioned, the Debtors do not oppose an Order reopening the instant Bankruptcy matter.

Dated: March 30, 2024

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, #220
Philadelphia, PA 19102